No. 83–1329.   PONTE, SUPERINTENDENT, MASSACHUSETTS CORRECTIONAL INSTITUTION *v.* REAL.   Sup. Ct. Jud. Mass. [Certiorari granted, *ante,* p. 814.]   Motion of respondent for leave to proceed further herein *in forma pauperis* granted.

No. 83–1894.   PATTERN MAKERS' LEAGUE OF NORTH AMERICA, AFL–CIO, ET AL. *v.* NATIONAL LABOR RELATIONS BOARD ET AL.   C. A. 7th Cir.   [Certiorari granted, *ante,* p. 814.]   Motion of the parties to dispense with printing the joint appendix granted.

No. 83–2165.   JONES ET AL. *v.* PETIT, COMMISSIONER, MAINE DEPARTMENT OF HUMAN SERVICES.   Sup. Jud. Ct. Me.   The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 84–231.   HOOPER ET AL. *v.* BERNALILLO COUNTY ASSESSOR.   Ct. App. N. M.   [Probable jurisdiction noted, *ante,* p. 878.]   Motion of the parties to dispense with printing the joint appendix granted.

No. 84–5004.   BALL *v.* UNITED STATES.   C. A. 4th Cir.   [Certiorari granted, *ante,* p. 816.]   Motion for appointment of counsel granted, and it is ordered that Jo S. Widener, of Bristol, Va., be appointed to serve as counsel for petitioner in this case.

No. 84–5495.   WEEMS *v.* UNITED STATES.   C. A. 6th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied.   Petitioner is allowed until November 19, 1984, within which to pay the docketing fee required by Rule 45(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN, JUSTICE MARSHALL, and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.,* 464 U. S. 928 (1983), we would deny the petition for writ of certiorari without reaching the merits of the motion to proceed *in forma pauperis.*

No. 84–479.   IN RE MOBIL OIL CORP. ET AL.   Petition for writ of mandamus denied.   JUSTICE O'CONNOR took no part in the consideration or decision of this petition.